# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **DONTRELL NELSON** | **CIVIL ACTION NO. 19-1640-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **STEVE PRATOR, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 10] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that this complaint be **DISMISSED WITHOUT PREJUDICE,** sua sponte**,** for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This done and signed on this the 14th day of April, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE